UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    Case No. 10-50555

**Arshad Slam**

                **Debtor,**

Chapter 13

-------------------------------------------------------X AFFIDAVIT OF THE DEBTOR
                                            FOR DOMESTIC SUPPORT OBLIGATION

I, the undersigned, debtor, submit respectfully, under the penalty of perjury:

That I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

Dated: November 17, 2010
Sworn to before me 17 day of Nov 2010
State of New York
County of New York

_____
Notary Public

            Arshad Slam

EDWARD S. BUTTS JR
Notary Public State of New York
No. 034520844
Qualified in Queens County
Commission Expires_____
State of New York
County of _____