UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                    CASE NO.: 10-50555 jf

   Arshad Slam,                           Chapter: 13
                                                         JUDGE: JEROME FELLER

                                  DEBTOR.        **NOTICE OF APPEARANCE**
-------------------------------------------------------X
SIR:

       **PLEASE TAKE NOTICE**, that BAC Home Loans Servicing, LP, hereby appears in the above action, by and through its attorney, Rosicki, Rosicki & Associates, P.C., and demand that all papers in the case be served on the undersigned at the address stated below.

       **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: December 3, 2010
      Plainview, NY

                                            Respectfully submitted,

                                            ROSICKI, ROSICKI & ASSOCIATES, P.C.
                                            By: Karen Sheehan, Esq.
                                            Attorneys for BAC Home Loans Servicing, LP
                                            Main Office: 51 E Bethpage Road
                                            Plainview, NY 11803
                                            516-741-2585