tmd3574/db
Return Date & Time:
MARCH 9, 2011 9:00 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Chapter 13 Case No: 110-50555-JF
IN RE:
                                             NOTICE OF MOTION
ARSHAD SLAM,
                       Debtor.
-----------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Jerome Feller, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 3554 on MARCH 9, 2011 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.


Date:   Jericho, New York
          January 25, 2011

                                                          /s/ Marianne DeRosa
                                                          MARIANNE DeROSA, TRUSTEE
                                                          100 JERICHO QUADRANGLE, SUITE 208
                                                          JERICHO, NY  11753
                                                          (516) 622-1340

tmd3574/db

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

MARCH 9, 2011
9:00 AM

-----------------------------------------------------------X

IN RE:　　　　　　　　　　　　　　　　　　　　　　Chapter 13 110-50555-JF

  ARSHAD SLAM,　　　　　　　　　　　　　　　　APPLICATION
　　　　　　　　　　　　Debtor.

-----------------------------------------------------------X

TO THE HONORABLE JEROME FELLER, U.S. BANKRUPTCY JUDGE:

       Marianne DeRosa, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

       1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on NOVEMBER 9, 2010, and, thereafter, Marianne DeRosa was duly appointed and qualified as Trustee.

       2.　　The Debtor's proposed Chapter 13 Plan, (hereafter "The Plan"), dated and filed with the Court on November 9, 2010, and reflected in the Court's docket as number 4 provides for a monthly Plan payment of $511.00 per month for a period of 60 months. Additionally, the Plan provides for full repayment to all filed secured and priority proofs of claim.

      3. The Trustee objects to the confirmation of the Plan because the Debtor's proposed Plan
payment is insufficient to pay general priority claims in full and the Debtor's supporting budget, Schedules I and J, filed with the Court on November 9, 2010 and reflected in the Court's docket as number 2, does not indicate an ability to increase the plan payments, therefore the Debtor cannot comply with the Plan as required by 11 U.S.C. §1325(a)(6).

      4.　Furthermore, the Debtor has failed to:

    a. provide the Trustee with proof of post-petition mortgage payments seven business days before the first meeting of creditors as required by E.D.N.Y. LBR 2003-1(a)(vi);

    b. provide the Trustee with proof of post-petition mortgage payments seven days before the first date set for confirmation of the Chapter 13 Plan as required by E.D.N.Y. LBR 2003-1(b)(i);

    c. provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii);

    d. file the original affidavits with the Court as required under subdivisions (b)(ii) and (iii) as required by E.D.N.Y. LBR 2003-1(c).

   e. comply with 11 U.S.C. §1325(a)(6) in that the Debtor has not submitted timely Chapter 13 plan payments to the Trustee, and is $511.00 in arrears through and including January 2011.

  5. The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

  6. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

  7. During the pendency of this bankruptcy estate, the Trustee has incurred costs and expenses in the ordinary course of administering this case and seeks reimbursement of $250.00 to cover these expenses.

  WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order denying confirmation and dismissing this Chapter 13 case, and granting the Chapter 13 Trustee the sum of $250.00 to be deducted from the Debtor's net receipts, if any, for administrative costs and expenses incurred during the pendency of this case, and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
   January 25, 2011

               /s/ Marianne DeRosa
               Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 13 Case No: 110-50555-JF
IN RE:

ARSHAD SLAM,
                                                                   CERTIFICATE OF SERVICE
                                                                                BY MAIL
                                  Debtor.
------------------------------------------------------------X

        This is to certify that I, DANI M. BOYER, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ARSHAD SLAM
96-08 25th AVENUE
EAST ELMHURST, NY 11369

KARAMVIR DAHIYA, ESQ.
350 BROADWAY, ROOM 412
NEW YORK, NY 10013

BAC HOME LOANS SERVICING
C/O PROBER & RAPHAEL, ESQS.
20750 VENTURA BLVD, STE 100
WOODLAND HILLS, CA 91364

BAC HOME LOANS SERVICING
C/O ROSICKI, ROSICKI & ASSOC, PC
51 EAST BETHPAGE ROAD
PLAINVIEW, NY 11803


This January 25, 2011

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle, Suite 208
Jericho, New York 11753
(516) 622-1340

Index No: 110-50555-JF
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

ARSHAD SLAM,

Debtor.

NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
100 JERICHO QUADRANGLE, SUITE 208
JERICHO, NY  11753
(516) 622-1340