**DAHIYA & ASSOCIATES, P.C.**
**350 Broadway Suite 412**
**New York, NY 10007**
**Tel: (212) 766-8000**

**KARAMVIR DAHIYA (KD 9738)**
 **Attorneys for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 13 |
| Arshad Slam | **Case No. 10-50555** |
| Debtors. | |

-----------------------------------------------------------

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Notice of Motion and Motion to request Valuation of the Security Interest was served upon the parties listed below, by the United States first class mail, postage prepaid, in accordance with the Federal Rules of Bankruptcy Procedure on this 2nd day of February, 2011.

To:

BAC Home Loan Servicing
P O Box 15222
Wilmington, DE 19886-5222

Standing Chapter 13 Trustee
Marianne De Rosa
100 Jericho Qudrangle, Suite 208
Jericho, NY 11753

/s/ Archna Sharma
_____

Archna Sharma
Office Manager