DAHIYA LAW OFFICES LLC
350 Broadway Suite 412
New York, NY 10007
Tel: (212) 766-8000

KARAMVIR DAHIYA (KD 9738)
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

In Re:                                             Chapter 13

    Arshad Slam                            **Case No. 10-50555**

                    Debtors.

-----------------------------------------------------

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the notice of motion to request valuation of the security interest in the above mentioned chapter 13, was served upon the parties listed below, by the United States first class mail, postage prepaid, in accordance with the Federal Rules of Bankruptcy Procedure on this 23rd day of March, 2011.

To:

BAC Home Loan Servicing, LP
Bankruptcy Department
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

BAC Home Loan Servicing
c/o Raquel Felix
Frankel, Lambert, Weiss
Weisman & Gordon, LLP
20 West Main Street
Bay Shore, NY 11706

BAC Home Loan Servicing
c/o Dean R. Prober, Esq.
Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

BAC Home Loan Servicing
c/o Karen Sheehan, Esq.
Rosicki, Rosicki & Associates, P.C.
Main Office 51 E Bethpage Road
Plainview, NY 11803

Marianne De Rosa
100 Jericho Qudrangle, Suite 208
Jericho, NY 11753

/s/ Archna Sharma
_____
Archna Sharma
Office Manager